IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR105 |
| vs. | |
| LEONEL ASCENCIO, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Modify Conditions of Release. (Filing No. 40.) Defendant is seeking this Court's permission to travel from Omaha, Nebraska to Mexico City, Mexico, from June 16, 2017, until June 22, 2017. The purpose of the trip is to visit Defendant's father, who is gravely ill.

Having considered the matter,

**IT IS ORDERED:**

1. The Emergency Motion to Modify Conditions of Release (Filing No. 40) is granted.

2. Defendant, who previously surrendered his passport to U.S. Probation and Pretrial Services, may retrieve his passport, but must return the passport to U.S. Probation and Pretrial Services no later than June 23, 2017.

Dated this 14th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge